February 12, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

LATRICIA SMITH, Appellant

NO. 14-14-00903-CV            V.

RRE WESTHOLLOW HOLDINGS, LLC, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 3, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Latricia Smith.

We further order this decision certified below for observance.